# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE YANG, | Case No. 1:23-cv-01250-SAB |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (ECF No. 2) |
| | TWENTY-ONE DAY DEADLINE |

Plaintiff Lee Yang filed a complaint on August 22, 2023, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) As currently presented, it does not appear that Plaintiff would qualify for *in forma pauperis* status. Plaintiff claims $6,000 per month in income from In Home Support Services, and $740 per month in food stamp income. (ECF No. 2 at 1-2.) Based on the information provided, the Court is inclined to recommend Plaintiff be denied the ability to proceed *in forma pauperis*, however, the Court will afford Plaintiff the opportunity to complete a long form application. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an *in forma pauperis* application (Long Form) to Plaintiff;
3. Within **twenty-one (21) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) file a long form application to proceed *in forma pauperis* without prepayment of the fee; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: __**August 23, 2023**__

UNITED STATES MAGISTRATE JUDGE