**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEE YANG, | Case No. 1:23-cv-1250 JLT SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION THAT PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED AND DIRECTING PLAINTIFF TO PAY FILING FEE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | (Docs. 4, 6) |

Plaintiff seeks judicial review of the administrative decision denying Social Security benefits, and requested to proceed *in forma pauperis* with the action. (Doc. 4.) The assigned magistrate judge found the information provided in the application—including Plaintiff's reported income— was "inconsistent with a finding of poverty." (Doc. 6 at 3.) Therefore, the magistrate judge recommended Plaintiff's motion to proceed *in forma pauperis* be denied. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiff and notified Plaintiff that any objections must be filed within fourteen days after service. (Doc. 6 at 4.) The Court also informed Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the Findings and

Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 14, 2023 (Doc. 6) are **ADOPTED** in full.
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 4) is **DENIED**.
3. Within **21 days** following the date of service of this order, Plaintiff shall pay the $402.00 filing fee in full to proceed with this action.

<u>If Plaintiff fails to pay the filing fee within the specified time, this action will be dismissed without further notice.</u>

IT IS SO ORDERED.

Dated:   **October 11, 2023**

UNITED STATES DISTRICT JUDGE

2