# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE YANG,<br><br>              Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | Case No. 1:23-cv-01250-JLT-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO ISSUE SUMMONS, NEW CASE DOCUMENTS, AND SERVE DEFENDANT UNDER E-SERVICE PROGRAM |

On August 22, 2023, Plaintiff Lee Yang filed a complaint, challenging a final decision of the Commissioner of Social Security denying an application for disability benefits. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) The Court found Plaintiff's application did not contain sufficient information to determine entitlement to proceed without prepayment of fees in this action, and on August 23, 2023, ordered Plaintiff to file either a long form application to proceed *in forma pauperis*, or pay the filing fee in this action. (ECF No. 3.) On September 13, 2023, Plaintiff submitted a long form application. (ECF No. 4.) On September 14, 2023, the Court issued findings and recommendations recommending the application to proceed *in forma pauperis* be denied. On October 11, 2023, the District Judge adopted the findings and recommendations and denied Plaintiff's application to proceed *in forma pauperis*. (ECF No. 7.) On October 26, 2023, Plaintiff paid the filing fee.

Based on the payment of the filing fee, the Clerk of the Court will be directed to issue a summons and new case documents in this action, and to serve the complaint pursuant to paragraph 1 of the scheduling order to be issued in this action, which provides that service on the Defendant shall proceed under the Court's e-service program.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is DIRECTED to issue a summons and new case documents; and

2. The Clerk of the Court is DIRECTED to deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of this action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **October 27, 2023**

UNITED STATES MAGISTRATE JUDGE